AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN     DISTRICT OF     NEW YORK

**APPEARANCE**

Case Number: 1:07-mj-00911-UA

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Rafael Martinez

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 6/15/2007 | Signature |
| Date | Robert J. DeGroot, Esq     28235 |
| | Print Name     Bar Number |
| | 56 Park Place |
| | Address |
| | Newark     New Jersey     07102 |
| | City     State     Zip Code |
| | (973) 643-1930     (973) 643-7231 |
| | Phone Number     Fax Number |